FILED

AUG 0 5 2021

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CRIMINAL NO. 21-CR-30119-SPM-2 _____ |
| JEAN M. SPEISER, | ) ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, through Luke J. Weissler, Assistant U.S. Attorney for this District, and herewith enter into the following Stipulation of Facts with the defendant, Jean M. Speiser, represented by her attorney, John Davis, pertaining to the conduct of the defendant charged in the Information in this case and the relevant conduct of the defendant within the scope of U.S.S.G. § 1B1.3.

1. From at least December 17, 2018, and continuing until at least June 1, 2020, defendant knowingly and willfully conspired with her co-defendant, Ronald W. Speiser, to commit an offense against the United States, namely to devise and participate in a scheme and artifice to defraud an elderly person to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

2. Defendant and her co-defendant were designated as successor power of attorney and power of attorney for an elderly individual with the initials B.S., pursuant to the Illinois Statutory Short Form Power of Attorney for Property Law ("Illinois POA Statute"), 755 ILCS 45/3-1 *et seq.*

3. On or around June 29, 2018, defendant and her co-defendant exercised authority as B.S.'s power of attorney by opening an account in B.S.'s name at Citizens Community Bank in

Mascoutah, Illinois (the "Citizens Community Bank Account"). Defendant was the "Payable on Death" beneficiary of the Citizens Community Bank Account and her co-defendant was designated as a joint account holder.

4. Defendant and her co-defendant deposited funds into the Citizens Community Bank Account belonging solely to B.S., including but not limited to a check dated December 11, 2018 made payable to B.S. in the amount of $265,575.66, representing proceeds from the sale of B.S.'s residential property.

5. Starting on or around December 17, 2018, and continuing until at least June 1, 2020, defendant and her co-defendant spent over $200,000.00 of B.S.'s money without B.S.'s knowledge or permission and for purposes that did not benefit B.S.

6. Defendant admits that for purposes of carrying out the scheme, on or about May 26, 2019, she caused the use of the United States Mails by depositing material to be sent via U.S. Mail carrier according to the directions thereon, namely an envelope containing a check for $2,550.50 drawn on the Citizens Community Bank Account and made payable to Discover.

7. Defendant further admits that she abused a position of trust to commit the offenses described above and victimized a vulnerable individual.

SO STIPULATED:

                                                             UNITED STATES OF AMERICA,

                                                             STEVEN D. WEINHOEFT
                                                             United States Attorney

_/s/ Jean M. Speiser_                                                  _/s/ Luke J. Weissler_
JEAN M. SPEISER                                             LUKE J. WEISSLER
Defendant                                                               Assistant United States Attorney

_/s/ John Davis_
JOHN DAVIS
Attorney for Defendant

Date: 7/15/21                                                                 Date: 7/19/21